# ATTACHMENT 1

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

FILED/REC'D

2025 SEP 25 P 4: 24

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF _____

(Full name of plaintiff(s))

Phani B Tenneti

_____

_____

vs

(Full name of defendant(s))

K Sreenivas Reddy
N Sreenivas Reddy
Anna Reddy
Nagbhusan Reddy
Sita Ram Reddy
Prashant Sreenivas

Scooter Lawyer, Roll Kuyawa
Mani Kandan          Puneet Gupta
Kannan Chowdhury Deepak Gupta
Roop Singh
Anjana Gupta         Mayanke Gupta
Abishek Nagpal        Sumbalani
Rishi Verma           Koppar
                      Suman Basu

Case Number:

25   CV   801   WMC

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a ~~citizen~~ Permanent Resident of __Wisconsin__, and is located at
(State)

140 W Commerce Blvd, #207, Shinga, WI - 53186
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.  Defendant __Bill Kujawa, Scooter Laufer__
    (Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __140 W Commerce Way, #116, Shingery WI -53086__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

   On the space provided on the following pages, tell:
   1.  Who violated your rights;
   2.  What each defendant did;
   3.  When they did it;
   4.  Where it happened; and
   5.  Why they did it, if you know.

   All of them operate a Cartel in India with political backing, kidnapped held hostage of women, raped women, killed men, did pornography and paid bribes to police and politicians. They have no Business Code of Conduct to operate as a software Company, as they use Managed services to clean money creating fake accounts as employees who work for them.

Attachment One (Complaint) – 2

Attachment One (Complaint) – 3

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 150000000041 Trillion dollar

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

People who have direct indirect involvement in crime, need to be imprisoned on manslaughter, kidnapping, wrongful death warrant and domestic terrorism, money laundering and espionage charges.

A Few in this mentioned list are physcopaths, and they have conducted that maniac behaviors. So please taken into consideration that they also be conducted proper medical examinations to know the extent and amount of illness they have in their DNA

E.  **JURY DEMAND**

☑  Jury Demand - I want a jury to hear my case

OR

☐  Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number

_____

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.